De Witt A. DAVIDSON, as executor of the Last WILL and Testament of Isaac SANGER, Deceased, Plaintiff-Appellee, v. John T. RAFFERTY, Collector of Internal Revenue, Defendant-Appellant.

No. 271.

Circuit Court of Appeals, Second Circuit.

April 7, 1930.

Howard W. Ameli, U. S. Atty., and Albert D. Smith, Asst. U. S. Atty., both of Brooklyn, N. Y. (C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., and Ottamar Hamele, Sp. Atty., Bureau of Internal Revenue, of Washington, D. C., of counsel), for appellant.

Frank Aranow, of New York City (Harris Berlack and Stanley H. Fuld, both of New York City, of counsel), for appellee.

Before MANTON, L. HAND and CHASE, Circuit Judges.

PER CURIAM.

Judgment [34 F.(2d) 700] affirmed, with costs.

■

John H. GLASS, Trustee in Bankruptcy of J. Willard NIXON, Individually and as Surviving Partner of the Partnership of Cadigan, Nixon & Company, Appellant, v. John CUMMING, Jr., Appellee.

John CUMMING, Jr., Petitioner Below and Cross-Appellant, v. John H. GLASS, Trustee in Bankruptcy of J. Willard Nixon, Individually and as Surviving Partner of the Partnership of Cadigan, Nixon & Company, Respondent Below and Cross-Appellee.

Nos. 4151, 4266.

Circuit Court of Appeals, Third Circuit.

April 16, 1930.

G. G. Martin, of Franklin, Pa., Owen J. Roberts, of Philadelphia, Pa., and Albert L. Thomas, of Meadville, Pa., for Glass.

Eugene Mackey, of Franklin, Pa., for Cumming, Jr.

Before BUFFINGTON and DAVIS, Circuit Judges, and THOMSON, District Judge.

PER CURIAM.

In the report of the special master filed in this case, exceptions were filed by both parties, and, on hearing before the court, all the exceptions were dismissed and the report confirmed. From the judgment and decree so entered, both parties appealed. After full consideration of the cases, we are of opinion that both appeals should be dismissed; the appellant in each case to pay the costs of such appeal. .

In the appeal of John Cumming, Jr., he is directed to pay the costs accruing before the master in his reclamation proceedings and counsel fees in the sum of $——. Subject to this modification, the judgment and decree of the court below is affirmed. In case the parties do not, before the mandate goes down, agree on the amount of such fee, then and in that event the fixation of the fee will be made by the court below.

■

Arthur HIND, Plaintiff-Appellant, v. Jesse W. CLARKE, Collector of Internal Revenue for the 21st District of New York, Defendant-Respondent.

No. 284.

Circuit Court of Appeals, Second Circuit.

April 7, 1930.

Dunmore, Ferris & Dewey, of Utica, N. Y. (Henry T. Dorrance, of Utica, N. Y., of counsel), for appellant.

Oliver D. Burden, U. S. Atty., and Henry R. Follett, Asst. U. S. Atty., both of Syracuse, N. Y. (C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and Ottamar Hamele, Sp. Atty., Bureau of Internal Revenue, of Washington, D. C., of counsel), for respondent.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment [34 F.(2d) 583] affirmed.